FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO.: 4:19-CR-111 |
| ) | |
| SHEFTALL GIDDENS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Application for leave of absence has been requested by Alex L. Zipperer for the period of Monday, September 9, 2019 through and including Friday, September 27, 2019.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED, this 30th day of August, 2019.

U. S. MAGISTRATE JUDGE,
SOUTHERN DISTRICT OF GEORGIA