# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO. 4:19-cr-111 |
|---|---|---|
| v. | ) | |
| SHEFTALL GIDDENS | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

    a)    October 7-8, 2019

    b)    October 23-25, 2019

    c)    November 4-8, 2019

    d)    December 30, 2019-January 3, 2020

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this _1st_ day of _October_ 2019.

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA