IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CASE NO.: 4:19-CR-111 |
| SHEFTALL GIDDENS, | ) |
| Defendant. | ) |

## ORDER

Based upon the motion of the Defendant, and for good cause shown therein, it is hereby ORDERED:

That the Court's order herein of September 27, 2019 (Doc. #31), is hereby VACATED. Defendant's Motion to Suppress Evidence (Doc. #26) shall be scheduled for argument in due course.

SO ORDERED this 3rd day of October, 2019.

_____
HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

ORDER PREPARED BY:
ALEX L. ZIPPERER
GA BAR NO. 785900